

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00379-CV

**IN THE INTEREST OF A.T.L.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00966
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs of appeal are assessed because appellant is indigent.

SIGNED October 28, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice